# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

No. 25-2236        **Short Title:** AHA v. Kennedy

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

American Hospital Association, Maine Hospital Association (see attachment) as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

*/s/ Karen L. Dunn* _____    12/30/2025 _____
Signature                                      Date

Karen L. Dunn _____
Name

Dunn Isaacson Rhee LLP _____    (202) 240-2901 _____
Firm Name (if applicable)                 Telephone Number

401 9th Street NW _____  N/A _____
Address                                    Fax Number

Washington, DC 20004 _____       kdunn@dirllp.com _____
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: 1187151

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

*Additional parties represented:* St. Mary's Regional Medical Center, Nathan Littauer Hospital & Nursing Home, Unity Medical Center, Dallas County Medical Center