# United States Court of Appeals
## For the First Circuit

No. 25-2236

AMERICAN HOSPITAL ASSOCIATION; ST. MARY'S REGIONAL MEDICAL CENTER; MAINE HOSPITAL ASSOCIATION; NATHAN LITTAUER HOSPITAL AND NURSING HOME; UNITY MEDICAL CENTER; DALLAS COUNTY MEDICAL CENTER,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., Secretary of the US Department of Health and Human Services; THOMAS J. ENGELS, Administrator Health Resources and Services Administration; HEALTH RESOURCES & SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES,

Defendants - Appellants.

Before

Gelpí, Montecalvo, and Rikelman,
Circuit Judges.

**ORDER OF COURT**

Entered: December 31, 2025

Defendants-Appellants have filed in this court a "Motion for Stay Pending Appeal and Administrative Stay." The request for an "administrative" stay is denied. Plaintiffs-Appellees should file a response to the stay motion by 1:00 p.m. on December 31, 2025. Any reply by Defendants-Appellants should be filed by 6:00 p.m. on December 31, 2025. The court intends to rule on the broader stay request as soon as practicable following the conclusion of motion briefing.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Melissa A. Hewey
Karen L. Dunn
Jenifer N. Hartley
Lawrence Atkinson
Lyle Gruby
Tyler Thomas Mikulis
Jennifer Riggle
Michael S. Raab
Lindsay Feinberg
Maxwell A. Baldi
Yaakov Roth
Elisabeth Neylan
Michael B. Stuart
Elizabeth C. Kelley
Jay S. Geller
Matthew Scott Owen
Meredith M. Pohl
Nick Bell
Edward S. MacColl
William B. Schultz
Alyssa Howard
Jeffrey L. Handwerker
Jeffrey D. Talbert
Allon Kedem
Daniel L. Rosenthal
Corin R. Swift
Kwaku A. Akowuah
Madeleine Joseph
Meenakshi Datta
Thomas Ross Brugato
Alfred Cecil Frawley IV
Kevin F. King
Daniel Gerard Randolph