No. 25-2236

## UNITED STATES COURT OF
## APPEALS FOR THE FIRST CIRCUIT

THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,

*Plaintiffs-Appellees*,

*v.*

ROBERT F. KENNEDY, JR., *Secretary of the U.S. Department of Health and Human Services*, *et al.*,

*Defendants-Appellants*,

On appeal from the United States District Court
for the District of Maine
No. 2:25-cv-600-LEW,
Chief Judge Lance E. Walker

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF 340B HEALTH, AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, AMERICA'S ESSENTIAL HOSPITALS, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, AND NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES' OPPOSITION TO MOTION FOR STAY PENDING APPEAL**

William B. Schultz
Alyssa Howard
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com

*Attorneys for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), movants 340B Health, American Society of Health-System Pharmacists, America's Essential Hospitals, Association of American Medical Colleges, and National Association of Children's Hospitals respectfully move the Court for leave to file a brief as *amici curiae* in support of Plaintiffs-Appellees' Opposition to Defendants-Appellants' Motion for Stay Pending Appeal. Plaintiffs-Appellees consent to the filing of this *amicus* brief, and Defendants-Appellants take no position regarding the filing of this brief.

## I.    <u>INTEREST OF MOVANTS</u>

*Amici* and their members are committed to improving the health of the communities they serve through the delivery of high-quality, efficient, and accessible health care. The upfront discounts provided by the 340B program are essential to achieving this goal. *Amici* therefore have a strong interest in this Court denying Defendants-Appellants' Motion for Stay Pending Appeal, which would allow the district court's preliminary injunction barring implementation of the 340B Rebate Model Pilot Program" (the Rebate Program or the Program) to stand and the status quo to remain in effect.

## II.    <u>MOVANTS' BRIEF WILL BE USEFUL TO THE COURT'S CONSIDERATION OF DEFENDANTS-APPELLANTS' MOTION.</u>

Movants' brief complies with Federal Rule 29 and contains valuable insight to inform the Court's consideration of Defendants-Appellants' Motion. As

representatives of 340B covered entities and pharmacists serving patients, movants are uniquely positioned to explain the critical role of the upfront discounts provided through the 340B program. Movants are also qualified to explain why a stay of the district court's order would impose onerous burdens on covered entities nationwide and that those covered entities have accrued significant reliance interests for more than 30 years of the 340B program's operation through upfront discounts.

## III.  <u>CONCLUSION</u>

Based on the foregoing, movants respectfully request that the Court grant this motion for leave to file a brief as *amici curiae* in support of Plaintiffs-Appellees' Opposition and accept for filing the *amicus curiae* brief submitted contemporaneously with this motion.

Date: January 5, 2026

Respectfully submitted,

<u>/s/ William B. Schultz</u>
William B. Schultz
Alyssa Howard
Zuckerman Spaeder LLP
2100 L Street NW, Suite 400
Washington, D.C.
(202) 778-1800
wschultz@zuckerman.com

*Counsel for Amici Curiae*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 5, 2026, the foregoing Unopposed Motion for Leave to File Brief of 340B Health, American Society of Health-System Pharmacists, America's Essential Hospitals, Association of American Medical Colleges, and National Association of Children's Hospitals as *Amici Curiae* in Support of Plaintiffs-Appellees' Opposition to Motion for Stay Pending Appeal was filed electronically and has been served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure on all registered counsel of record.

*/s/ William B. Schultz*
*Counsel for Amici Curiae*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 314 words, as counted by Microsoft Word, excluding the parts of the motion excluded by Federal Rule of Appellate Procedure 32(f). This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word in 14-point Times New Roman font.

*/s/ William B. Schultz*
*Counsel for Amici Curiae*