# CORPORATE DISCLOSURE STATEMENT

340B Health is a non-profit organization that does not have a parent corporation. It does not issue stock.

The American Society of Health-System Pharmacists is a non-profit organization that does not have a parent corporation. It does not issue stock.

America's Essential Hospitals is a non-profit organization that does not have a parent corporation. It does not issue stock.

The Association of American Medical Colleges is a non-profit organization that does not have a parent corporation. It does not issue stock.

The National Association of Children's Hospitals d/b/a Children's Hospital Association is a non-profit organization that does not have a parent corporation. It does not issue stock.