# United States Court of Appeals
## For the First Circuit

———————————

No. 25-2236

AMERICAN HOSPITAL ASSOCIATION; ST. MARY'S REGIONAL MEDICAL CENTER; MAINE HOSPITAL ASSOCIATION; NATHAN LITTAUER HOSPITAL AND NURSING HOME; UNITY MEDICAL CENTER; DALLAS COUNTY MEDICAL CENTER,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., Secretary of the US Department of Health and Human Services; THOMAS J. ENGELS, Administrator Health Resources and Services Administration; HEALTH RESOURCES & SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES,

Defendants - Appellants.

———————————

Before

Gelpí, Montecalvo, and Rikelman,
Circuit Judges.

———————————

**ORDER OF COURT**

Entered: January 12, 2026

By order entered January 7, 2026, the court set a deadline of 1:00 p.m. on January 12, 2026, for the parties to "jointly propose an expedited briefing schedule." On January 12, 2026, the court received a letter from appellants stating that, in light of recent developments, "the parties do not believe that expediting this appeal is warranted at this time." Appellants further state that they "plan to dismiss the appeal in short order." Appellants indicate in a footnote that appellees' counsel "agree[s] with this position." We construe this filing as seeking an extension of time for the parties to make a joint expedited-briefing proposal. The deadline is extended to 5:00 p.m. on January 20, 2026. In the event the parties are not prepared to file an expedited-briefing proposal at that time, they should file, before expiration of the deadline, a motion seeking an extension of specific duration and, in any such motion, should update the court on relevant developments. As stated in the January 7 order, the parties may present individual expedited-briefing proposals if necessary.

Any future requests for extension of time should be lodged via an unambiguous extension motion filed before expiration of the deadline then in effect. The parties shall continue promptly informing the court of any relevant developments.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Melissa A. Hewey
Karen L. Dunn
Jenifer N. Hartley
Lawrence Atkinson
Lyle Gruby
Tyler Thomas Mikulis
Jennifer Riggle
Michael S. Raab
Lindsay Feinberg
Maxwell A. Baldi
Yaakov Roth
Elisabeth Neylan
Michael B. Stuart
Elizabeth C. Kelley
Jay S. Geller
Matthew Scott Owen
Meredith M. Pohl
Nick Bell
Edward S. MacColl
William B. Schultz
Alyssa Howard
Jeffrey L. Handwerker
Jeffrey D. Talbert
Allon Kedem
Daniel L. Rosenthal
Corin R. Swift
Kwaku A. Akowuah
Madeleine Joseph
Meenakshi Datta
Thomas Ross Brugato
Alfred Cecil Frawley IV
Kevin F. King
Daniel Gerard Randolph