# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-2236    **Short Title:** Am. Hosp. Ass'n v. Kennedy

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

American Hospital Association, Maine Hospital Association (see attachment) as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ L. Rush Atkinson
Signature

1/12/2026
Date

L. Rush Atkinson
Name

Dunn Isaacson Rhee LLP
Firm Name (if applicable)

(202) 240-2918
Telephone Number

401 9th Street NW
Address

N/A
Fax Number

Washington, DC 20004
City, State, Zip Code

ratkinson@dirllp.com
Email (required)

Court of Appeals Bar Number: 1221627

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

*Additional parties represented:* St. Mary's Regional Medical Center, Nathan Littauer Hospital & Nursing Home, Unity Medical Center, Dallas County Medical Center