# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

AMERICAN HOSPITAL ASSOCIATION, *et al.*,

Plaintiffs-Appellees,

v.

ROBERT F. KENNEDY, JR., *Secretary of the US Department of Health and Human Services, et al.*,

Defendants-Appellants.

No. 25-2236

## CONSENT MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), the government moves to dismiss this appeal, with each party to bear its own costs.

The government has consulted with counsel for plaintiffs-appellees, who consent to voluntary dismissal of this appeal.[1]

---

[1] Proposed intervenors take no position on this motion.

Respectfully submitted,

MICHAEL S. RAAB

/s/ *Maxwell A. Baldi*

MAXWELL A. BALDI
   Attorneys, Appellate Staff
   Civil Division, Room 7513
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C. 20530
   (202) 532-0211
   maxwell.baldi@usdoj.gov

January 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 47 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond EB 14-point font, a proportionally spaced typeface.

/s/ Maxwell A. Baldi
MAXWELL A. BALDI